















```
KSR    8/15/02   14:50
3:02-CV-01628   PACK V. OWEN
*1*
*CMP.*
```

1 | Jay S. Kopelowitz (149652)
2 | KOPELOWITZ & ASSOCIATES
2 | 101 West Broadway, Suite 1950
  | San Diego, California 92101-8220
3 | Telephone: 619. 232-7800

4 | Attorneys for Plaintiff KEVIN E. PACK

FILED

02 AUG 14 PM 3: 33

CLERK, U.S. DIST...
SOUTHERN DISTRICT OF CA...

BY: /s/ K. Ridgway   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KEVIN E. PACK, | ) | Case No. '02 CV 1628 BTM (RBB) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | COMPLAINT FOR DECLARATORY RELIEF |
| THOMAS JAMES OWEN, | ) | |
| Defendant. | ) | |

1

**ORIGINAL**

Plaintiff, by his attorneys, alleges on information and belief as follows:

## JURISDICTION

1. This is an action for declaratory relief in relation to a claim of copyright infringement under the Copyright Act of the United States, 17 U.S.C. §§101 et seq

2. This court has jurisdiction of this action under federal copyright laws, 28 U.S.C. §1331, §1338(a) and (b) and the declaratory relief act, 28 U.S.C. § 2201.

3. Venue is proper in this district under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in this district and plaintiff and his painting entitled "A Golden Sunset" which is the subject of the action are situated in this district.

## THE PARTIES

4. Plaintiff KEVIN E. PACK d/b/a K.E. Pack Watercolors resides in San Diego County, California. He is the creator of an original watercolor painting entitled "A Golden Sunset" which is located in San Diego County, California.

5. On information and belief, defendant THOMAS JAMES OWEN resides in Colorado Springs, Colorado. He claims to be the creator of a painting entitled "A Time To Unwind" and claims copyrights in that painting.

## FIRST CAUSE OF ACTION
### (Declaratory Relief) (28 U.S.C. § 2201)

6. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1 through 5 of the Complaint.

7. Plaintiff KEVIN E. PACK is a watercolor wildlife artist who is known for his use of vibrant color, his accuracy, and his attention to detail. He has gained a reputation among sportsmen and collectors of sporting art for his lifelike representations of angling scenes, hunting scenes, birds and game fish and their environments. His art can be found hanging in private as well as corporate collections.

8. Sometime between March and August of 1997, plaintiff KEVIN E. PACK

Complaint For Decl. Relief                          -- 1 --

created an original watercolor painting which he entitled "A Golden Sunset." The painting was publicly displayed as early as September 1997 at the Catalina Festival of Art in Avalon, California.

9. In or about February 2000, plaintiff KEVIN E. PACK entered his painting "A Golden Sunset" in an art contest sponsored by Ducks Unlimited, Inc. In or about March 2000, Ducks Unlimited, Inc. selected plaintiff KEVIN E. PACK's painting for its 2000-2001 Companion Artist Print Program.

10. On or about May 15, 2002, defendant THOMAS JAMES OWEN's attorneys sent plaintiff a letter in which they accused plaintiff of copying defendant THOMAS JAMES OWEN's painting entitled "A Time To Unwind" and in which they also accused plaintiff of engaging in copyright infringement. Defendant's attorneys also threatened civil litigation against plaintiff.

11. On or about May 29, 2002, defendant THOMAS JAMES OWEN's attorneys sent plaintiff a second letter in which they once again threatened civil litigation.

12. On or about June 4, 2002, defendant THOMAS JAMES OWEN's attorneys sent plaintiff a memorandum in which they once again accused plaintiff of copying defendant's painting and committing copyright infringement.

13. On or about July 8, 2002, defendant THOMAS JAMES OWEN's attorneys sent plaintiff's attorney a letter in which they stated in part that "[i]f the matter is not fully resolved in accordance with those demands by the end of July, 2002, we will institute proceedings to establish and collect a judgment."

14. On or about July 19, 2002, plaintiff's attorney sent defendant's attorneys a letter in which he provided evidence to defendant's attorneys which showed that plaintiff independently created his painting "A Golden Sunset" sometime between March and August of 1997 and publicly displayed the painting as early as September 1997 at the Catalina Festival of Art in Avalon, California which was prior to the time that defendant's painting "A Time To Unwind" was first published in October 1997 in The Sportsman's Gallery, Ltd.

Complaint For Decl. Relief                    -- 2 --

Catalog.

15. On or about August 6, 2002, defendant's attorneys sent plaintiff's attorney a letter in which they rejected plaintiff's evidence of independent creation, renewed their claims of copyright infringement, and continued to threatened litigation against plaintiff.

16. On or about August 13, 2002, defendant's attorneys sent plaintiff's attorney a letter in which they stated that they will include Ducks Unlimited, Inc. in the litigation they plan to file and will "seek damages from California Ducks Unlimited for its infringement of Mr. Owen's exclusive rights under 17 U.S.C. § 106(1) and (3)."

17. As a result of defendant's repeated claims of copyright infringement and threats of litigation against both plaintiff and Ducks Unlimited, a justifiable controversy now exists between the parties. Plaintiff has a real and reasonable apprehension of litigation by defendant based upon plaintiff's promotion and sale of prints of his painting "A Golden Sunset."

18. Plaintiff therefore seeks a declaration from the Court declaring the various rights and obligations of the parties. Specifically, plaintiff seeks a declaration regarding:

(a) whether plaintiff's painting "A Golden Sunset" is a copy of defendant's painting "A Time To Unwind;"

(b) whether defendant has a valid copyright in his painting "A Time To Unwind;"

(c) whether plaintiff's painting "A Golden Sunset" infringes any valid copyright which defendant may have in relation to his painting "A Time To Unwind;" and

(d) whether plaintiff independently created his painting "A Golden Sunset."

WHEREFORE, plaintiff KEVIN E. PACK prays for judgment and/or orders as follows:

1. A declaration from the Court that plaintiff KEVIN E. PACK's work entitled

Complaint For Decl. Relief                     -- 3 --

"A Golden Sunset" is not a copy of defendant THOMAS JAMES OWEN work entitled "A Time To Unwind" and that plaintiff's painting "A Golden Sunset" was independently created by plaintiff;

    2.    A declaration from the Court that plaintiff KEVIN E. PACK's work entitled "A Golden Sunset" is not an infringement of any alleged copyrights that defendant THOMAS JAMES OWEN claims to own in his work entitled "A Time To Unwind;"

    3.    That defendant THOMAS JAMES OWEN, his agents, attorneys, and all persons acting in concert with them be restrained and enjoined from filing any actions for copyright infringement against plaintiff KEVIN E. PACK and/or Ducks Unlimited, Inc. in relation to plaintiff KEVIN E. PACK'S work entitled "A Golden Sunset."

    4.    That a preliminary and permanent injunction issue restraining and enjoining defendant THOMAS JAMES OWEN, his agents and attorneys and those acting in privity or in concert with them from filing any actions for copyright infringement against plaintiff KEVIN E. PACK and/or Ducks Unlimited, Inc. in relation to plaintiff's painting entitled "A Golden Sunset."

    5.    That defendant THOMAS JAMES OWEN pay to plaintiff the cost of this action, expenses, and reasonable attorney's fees; and

    6.    That plaintiff have such other and further relief as to this Court may appear just and proper.

Dated: August 14, 2002

Respectfully submitted,

KOPELOWITZ & ASSOCIATES
JAY S. KOPELOWITZ

*/s/ Jay S. Kopelowitz*
Jay S. Kopelowitz

101 West Broadway, Suite 1950
San Diego, California 92101-8220
Tel: 619. 232-7800

Attorneys for Plaintiff KEVIN E. PACK

Complaint For Decl. Relief      -- 4 --

## DEMAND FOR JURY TRIAL

Plaintiff KEVIN E. PACK hereby demands a trial by jury on all claims and/or issues so triable.

Dated: August 14, 2002

Respectfully submitted,

KOPELOWITZ & ASSOCIATES
JAY S. KOPELOWITZ

_/s/ Jay S. Kopelowitz_
Jay S. Kopelowitz

101 West Broadway, Suite 1950
San Diego, California 92101-8220
Tel: 619. 232-7800

Attorneys for Plaintiff KEVIN E. PACK

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

02 AUG 14 PM 3:33

**I (a) PLAINTIFFS**

KEVIN E. PACK

**DEFENDANTS**

THOMAS JAMES OWEN

'02 CV 01628 BTM (RBB)

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Jay S. Kopelowitz
KOPELOWITZ & ASSOCIATES
101 West Broadway, Suite 1950
San Diego, CA 92101
619. 232-7800

**ATTORNEYS (IF KNOWN)**
Richard W. Hanes
HANES & SCHUTZ
7222 Commerce Center Drive, Suite 243
Colorado Springs, CO 80919
719. 260-7900

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☒2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

Copyright Act of the United States, 17 U.S.C. §§101 et seq.; Declaratory Relief Act, 28 U.S.C. § 2201

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☒ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____  Docket Number _____

DATE August 14, 2002

SIGNATURE OF ATTORNEY OF RECORD
Jay S. Kopelowitz

#085615 $150.00

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

ORIGINAL