















JOEH    10/21/02    15:03

3:02-CV-01628   PACK V. OWEN

*4*

*STIPO.*

1  Jay S. Kopelowitz (149652)
   KOPELOWITZ & ASSOCIATES
2  101 West Broadway, Suite 1950
   San Diego, California 92101-8220
3  Telephone: 619. 232-7800

4  Attorneys for Plaintiff KEVIN E. PACK

FILED
02 OCT 21 PM 12:20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

KEVIN E. PACK,               )   Case No. 02-CV-01628 BTM (RBB)
                             )
                 Plaintiff,  )
                             )   STIPULATION OF DISMISSAL OF
     vs.                     )   ENTIRE ACTION
                             )
THOMAS JAMES OWEN,           )
                             )
                 Defendant.  )
_____)

ENTERED ON OCT 21 2002

ORIGINAL

1  IT IS HEREBY STIPULATED by, between and among the parties to this action
2  through their designated counsel that:
3  (1) Plaintiff's Complaint be and hereby is dismissed in its entirety with prejudice
4  pursuant to F.R.C.P. 41(a)(1); and
5  (2) no costs shall be accessed against any party.

Respectfully submitted by:

DATED: 10-14, 2002

KOPELOWITZ & ASSOCIATES
JAY S. KOPELOWITZ
101 West Broadway, Suite 1950
San Diego, California 92101
Tel: (619) 232-7800

By: _____
Jay S. Kopelowitz

Attorney for Plaintiff Kevin E. Pack

DATED: Oct. 10, 2002

HANES & SCHUTZ P.C.
RICHARD W. HANES
7222 Commerce Center Drive, Suite 243
Colorado Springs, Colorado 80919
Tel: (719) 260-7900

By: _____
Richard W. Hanes

Attorney for Defendant Thomas James Owen

IT IS SO Ordered.    10-21-02
Barry Ted Moskowitz
U.S. District Judge

Stip of Dismissal of Entire Action    -- 1 --    02-CV-01628 BTM (RBB)